L. L. RHOADES AND WIFE, MITTIE RHOADES, v. CITY OF ASHEVILLE, A MUNICIPAL CORPORATION.

(Filed 26 November, 1941.)

**Appeal and Error § 20—**

> Appellant's statement became the case on appeal by stipulation of the parties. One of appellant's exceptions was to the refusal of the court to grant motion for judgment as of nonsuit. The appeal is dismissed for that all the evidence is set out in the case on appeal in mass in form of questions and answers, and not in narrative form as required by Rule 19 (4).

APPEAL by defendant from *Bobbitt, J.,* at April Term, 1941, of BUNCOMBE.

Civil action for recovery for water damage allegedly resulting from actionable negligence.

From judgment on adverse verdict defendant appeals to Supreme Court, and assigns error.

*H. Kenneth Lee for plaintiffs, appellees.*
*Philip C. Cocke, Jr., for defendant, appellant.*

PER CURIAM. It appears in record on this appeal that the case on appeal, as served by appellant, by stipulation of counsel for parties to

the action, constitutes the case on appeal, and that, in the case on appeal as so constituted, all the evidence is set out printed in mass in form of questions and answers, and not in narrative form as required by Rule 19 (4) of the Rules of Practice in the Supreme Court, 213 N. C., 808.

It further appears that one of the assignments of error is to the refusal of the court to grant motion for judgment as of nonsuit.

The rule provides that "if the case on appeal is settled by agreement of counsel, or the statement of the appellant becomes the case on appeal, and the rule is not complied with, or the appeal is from a judgment of nonsuit, the appeal will be dismissed."

In accordance therewith, and under authority of *Pruitt v. Wood,* 199 N. C., 788, 155 S. E., 924, to which attention is called, the appeal is

Dismissed.